McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　Defendant. | CASE NO. 2:08-cr-00166-MCE<br><br>**ORDER DIRECTING MENTAL EXAMINATION** |

　　　At the status conference on April 30, 2008, in open court, counsel for the government made an oral motion for a hearing on the mental competency of the defendant to stand trial. The defendant (pro per) objected to the motion. Based on the defendant's history of mental illness, including a prior federal bank robbery charge for which he was adjudicated not guilty by reason of insanity, the Court granted the government's motion.

　　　It is therefore ORDERED, that the defendant be committed to the custody of the U.S. Bureau of Prison, for psychiatric and /or psychological examination, pursuant to 18 U.S.C. § 4241(b), to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to present his own defense (pro per) or to assist properly in his defense should he later determine to be represented by counsel. The examination shall comply with the requirements of 18 U.S.C. § 4247(b).

///

A status conference to set a hearing on the defendant's competency will be held on July 3, 2008, at 9:00 a.m.  Time under the Speedy Trial Act will be excluded from April 30, 2008, through July 3, 2008, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) [Local Code E] (mental examination of defendant), and 3161(h)(1)(H)(transportation to and from the place of examination).  The Office of the Clerk of the Court is directed to deliver a copy of this Order to the U.S. Marshal's Service and the U.S. Bureau of Prisons.

Dated: May 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

```
McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, 10th Fl.
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                     )<br>                  Plaintiff,            )<br>                                                     )<br>             v.                                 )<br>                                                     )<br> DAVID LEE ARNETTE,              )<br>                                                     )<br>                  Defendant.         )<br> _____) | CR. NO. S-08-166 MCE |

<u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that she is an employee of the U.S. Attorney's Office for the Eastern District of California, and is a person of such age and discretion to be competent to serve papers.

   She also certifies that on May 2, 2008, she served a copy of the attached document by mailing it to David Lee Arnette at the Sacramento County Jail.


                                        /s/ Adele Mills
                                        ADELE MILLS
                                        Legal Assistant
                                        U.S. Attorney's Office