McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>    v.                                    )<br>                                              )<br> DAVID LEE ARNETTE,          )<br>                                              )<br>         Defendant.           )<br>_____) | CASE NO. 2:08-cr-00166-MCE<br><br>**MOTION AND ORDER CONTINUING STATUS CONFERENCE ON HEARING ON MENTAL COMPETENCY OF THE DEFENDANT** |

On May 9, 2008, the Court signed the order directing defendant Arnette to be examined for competency to stand trial pursuant to 18 U.S.C. § 4241. The defendant was received by BOP's Medial Diagnostic Center in Los Angeles on May 29th. It is anticipated that his examination will be completed in approximately mid-July and that defendant Arnette will be transported back to Sacramento by the U.S. Marshal's Service soon thereafter.

At present, a status conference concerning the mental examination is scheduled for July 3, 2008. The defendant (pro se) will be unavailable on that date since he will still be in Los Angeles. Since it is anticipated that the defendant will not be physically back in this district until the latter part of July, and because government counsel will be on vacation the last two weeks of July, it is requested that the July 3rd status conference be rescheduled to August 7, 2008, at 9:00 a.m. It is also requested that the time between July 3, 2008, and August 7, 2008, be excluded from calculation under the Speedy Trial Act pursuant to the provisions of 18 U.S.C. § 3161(h)(1)(A) (delay resulting from mental examination) and 3161(h)(8)(B)(iv) (continuity of government counsel).

It is also requested that, assuming the Court grants this motion, the Office of the Clerk of the Court be directed to deliver a copy of the signed Order to the defendant Arnette at the MDC Los Angeles, 535 N. Alameda Street, Los Angeles, CA 90012.

Dated: July 1, 2008

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

                            By:   /s/ Richard J. Bender
                                    RICHARD J. BENDER
                                    Assistant U.S. Attorney

It is so ORDERED.

 Dated:  July 2, 2008

                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, 10th Fl.
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5               IN THE UNITED STATES DISTRICT COURT

6               FOR THE EASTERN DISTRICT OF CALIFORNIA

7
   UNITED STATES OF AMERICA    )    CR. NO. S-08-166 MCE
8                              )
                  Plaintiff,   )
9                              )
          v.                   )
10                             )
   DAVID LEE ARNETTE,          )
11                             )
                  Defendant.   )
12 _____)

13                    CERTIFICATE OF SERVICE

14     The undersigned hereby certifies that she is an employee of the U.S. Attorney's Office for the Eastern District of California, and is a person of such age and discretion to be competent to serve papers.

16     She also certifies that on May 2, 2008, she served a copy of the attached document by mailing it to David Lee Arnette at MDC Los Angeles, 535 N. Alameda Street, Los Angeles, CA 90012.

                            /s/ Adele Mills
                            ADELE MILLS
                            Legal Assistant
                            U.S. Attorney's Office