```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  DAVID LEE ARNETTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S. 08-166-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 25, 2008 |
| DAVID LEE ARNETTE, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant U.S. Attorney, and defendant, DAVID LEE ARNETTE by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of September 17, 2008 be vacated and that a status conference be set for September 25, 2008 at 9:00 a.m.

This continuance is being requested because Mr. Arnette's mental health has still posed an obstacle to the second competency evaluation ordered by the Court. The retained psychologist has indicated that she

will try again to evaluate Mr. Arnette on September 17, 2008. Accordingly, the parties request that the Court continue the status conference for one week so that Mr. Arnette can be evaluated on that date. If the evaluation proceeds, counsel expects that to receive the evaluation before September 25th and will provide it to the Court.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for September 25, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(4) and (h)(8)(B)(iv) [proceedings involving competency and reasonable time to prepare] (Local Codes N and T4).

DATED: September 15, 2008         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ RACHELLE BARBOUR
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DAVID LEE ARNETTE


                                  McGREGOR SCOTT
                                  United States Attorney

                                  /s/ Rachelle Barbour for
DATED: September 15, 2008         _____
                                  RICHARD BENDER
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE