McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEE ARNETTE,<br><br>Defendant. | CASE NO. 2:08-cr-00166 MCE<br><br>**MOTION AND ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MENTAL COMPETENCY OF THE DEFENDANT** |

It is agreed and requested that the previously scheduled status conference/hearing on defendant's mental competency, be rescheduled from October 23, 2008, to October 29, 2008, at 9:00 a.m. It is also requested that the time between (and including) those dates be excluded from calculation under the Speedy Trial Act pursuant to the provisions of 18 U.S.C. § 3161(h)(1)(A) (delay resulting from proceedings to determine mental competency). The reason for the request is that the defendant went off (refused) his medications rendering him unable to safely come to court on October 23, 2008. A State Court Order has allowed the medical staff at the Sacramento County Jail to involuntarily medicate the defendant, and, if the past repeats itself, should stabilize the defendant sufficiently so that he would be able to come to court on October 29, 2008. Additionally, an additional week would be helpful to ascertain potential treatment options with the U.S. Bureau of

//
//
//

1

Prisons, anticipating that the Court may find the defendant incompetent to stand trial and commit the him pursuant to 18 U.S.C. § 4241(d).

Dated: October 21, 2008

                                                                       McGREGOR W. SCOTT
United States Attorney

By:   /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

Dated: October 21, 2008                    DANIEL J. BRODERICK
Federal Defender

By:   /s/ Rachelle Barbour (by RJB)
RACHELLE BARBOUR
Assistant Federal Defender

It is so ORDERED,

Dated: October 22, 2008

                                                                 _____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE