1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   CASE NO. 2:08-cr-00166-MCE
                                      )
10         Plaintiff,                 )
                                      )
11     v.                             )   STIPULATION SETTING STATUS
                                      )   CONFERENCE ON
12 DAVID LEE ARNETTE,                 )   MENTAL COMPETENCY
                                      )   OF THE DEFENDANT; ORDER
13         Defendant.                 )
   _____)
14

15      On October 29, 2008, the Court found the defendant not presently competent to stand trial or

16 otherwise answer to the criminal charges in this case and has committed him to the U.S. Bureau of

17 Prisons for up to four months (unless extended by further order of the Court), for treatment to attempt

18 to restore his competency pursuant to 18 U.S.C. § 4241(d) .  However, no further Court date was set

19 at the October 29th hearing and it is desirable to set a control date (status conference) so as to keep

20 track of deadline and the defendant's progress, or lack thereof.

21      Therefore, it is requested that a status conference be set for February 19, 2009, at 9:00 a.m.  It

22 is further requested that the time between October 29, 2008 and February 19, 2009, be excluded from

23 //
24 //
25 //
26 //
27 //
28

1

calculation under the Speedy Trial Act pursuant to the exception contained in 18 U.S.C. § 3161(h)(4) (delay cause by the fact that the defendant is mentally incompetent to stand trial).   Defense counsel, Assistant Federal Defender Rachelle Barbour, has been contacted and orally agreed to the above requests.

Dated: November 6, 2008

                                      McGREGOR W. SCOTT
                                      United States Attorney

                           By:   /s/ Richard J. Bender
                                  RICHARD J. BENDER
                                  Assistant U.S. Attorney

      IT IS SO ORDERED.

Dated:  November 12, 2008

                                      /s/ Morrison C. England, Jr.
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE