LAWRENCE G. BROWN
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LEE ARNETTE,<br><br>    Defendant. | CASE NO. CR. S-08-166 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MENTAL COMPETENCY OF THE DEFENDANT** |

    Pursuant to 18 U.S.C. § 4241(e), the director of the facility in which the defendant was hospitalized pursuant to § 4241(d), has determined that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to properly assist in his defense. After that determination has been made § 4241(d) requires the Court to hold a hearing to determine the competency of the defendant. The defendant obviously must be present at that hearing. Unfortunately, he is still at the Federal Medical Center in Springfield, Missouri, waiting to be transported back to Sacramento. The U.S. Marshal's Service, the agency responsible for the transportation of the defendant, has indicate that the defendant will arrive back in Sacramento on or about October 28, 2009. Counsel for the defendant will need at least a short period of time to meet with her client prior to the hearing.

    Therefore, it is agreed and requested that the status conference/hearing on defendant's mental competency, previously scheduled for September 24, 3009, is reset for November 5, 2009, at 9:00 a.m. It is also requested that the time between (and including) those dates be excluded from

1

calculation under the Speedy Trial Act pursuant to the provisions of 18 U.S.C. § 3161(h)(4) (delay resulting from the defendant being mentally incompetent requiring treatment at a facility located in Springfield, Missouri, and a reasonable amount of time necessary to return him to Sacramento for further proceedings to determine mental competency).

Dated: September 24, 2009

                                       LAWRENCE G. BROWN
                                       United States Attorney

                            By:   /s/ Richard J. Bender
                                       RICHARD J. BENDER
                                       Assistant U.S. Attorney

Dated: September 24, 2008            DANIEL J. BRODERICK
                                       Federal Defender

                            By:   /s/ Rachelle Barbour (by RJB)
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender

It is so ORDERED,

Dated: September 29, 2009

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE