BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　　　Defendant. | CASE NO. 2:08-cr-00166-MCE<br><br>**ORDER DIRECTING HOSPITALIZATION OF DEFENDANT FOR EVALUATION PURSUANT TO 18 U.S.C. § 4243** |

　　　　On November 19, 2009, with the agreement of the government, the defendant entered pleas of "not guilty only by reason of insanity" to a violation of 18 U.S.C. § 2113, bank robbery, and to a violation of 18 U.S.C. § 922(g)(4), possession of a ammunition by a previously committed mental patient. Given the psychiatric and psychological history of the defendant, about which the Court has become aware in the prior proceedings in this case, those pleas were accepted by the Court.

　　　　Therefore, as required by 18 U.S.C. § 4243, the defendant is committed to the custody of the Attorney General for a psychiatric or psychological examination of the defendant for a determination of whether the defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another. A report shall be prepared pursuant to 18 U.S.C. § 4247(c). This examination shall be completed within 40 days.

///

///

///

1

1  An extension of this time period may be granted for an additional reasonable period of time, upon
2  application to the Court upon a showing good cause.  18 U.S.C. § 4247(b).
3           IT IS SO ORDERED.
4  Dated:  November 25, 2009

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE