BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　Defendant. | CASE NO. 2:08-cr-00166-MCE<br><br>**GOVERNMENT'S MOTION<br>TO DISMISS COUNTS 2 AND 4<br>OF INDICTMENT; ORDER** |

　　　Pursuant to the Plea Agreement entered into between the parties, the government hereby moves to dismiss without prejudice Counts 2 and 4 of the pending Indictment, which charge felon in possession of ammunition and false statement on a firearms application, respectively.

Dated: November 20, 2009

　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　U.S. Attorney

　　　　　　　　　　　　　　　　　　by　/s/ Richard J. Bender
　　　　　　　　　　　　　　　　　　RICHARD J. BENDER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

It is SO ORDERED.

　Dated:  November 25, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE