```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  DAVID LEE ARNETTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>        v.                  )<br>                            )<br>DAVID LEE ARNETTE,          )<br>                            )<br>            Defendants.     )<br>                            )<br>_____ ) | Case No. 2:08-cr-00166-MCE<br><br><br>**STIPULATION AND ORDER**<br><br>DATE: March 4, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant U.S. Attorney, and defendant, DAVID LEE ARNETTE by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of January 7, 2010 be vacated and that a status conference be set for March 4, 2010 at 9:00 a.m.

On November 19, 2009, this Court ordered that Mr. Arnette be transported to a BOP facility for an evaluation under 18 U.S.C. § 4243. A written order issued on November 25, 2009.

Because of lack of space in the designated BOP facility, Mr. Arnette has not yet been transported.  The Marshal's Office indicates he is expected to be transported to the BOP facility this week.  Accordingly, the parties jointly ask that the currently set status conference of January 7, 2010 be continued to March 4, 2010 to allow for his evaluation.

DATED: January 5, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Research and Writing Attorney
                                Attorney for Defendant
                                DAVID LEE ARNETTE


                                BENJAMIN WAGNER
                                United States Attorney


                                /s/ Rachelle Barbour for
DATED: January 5, 2010          _____
                                RICHARD BENDER
                                Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

 Dated: January 6, 2010

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

**2**