DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>DAVID LEE ARNETTE,  )<br>  )<br>            Defendants.  )<br>  )<br>_____) | Case No. 2:08-cr-00166-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 4, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant U.S. Attorney, and defendant, DAVID LEE ARNETTE by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of January 7, 2010 be vacated and that a status conference be set for March 4, 2010 at 9:00 a.m.

On November 19, 2009, this Court ordered that Mr. Arnette be transported to a BOP facility for an evaluation under 18 U.S.C. § 4243. A written order issued on November 25, 2009.

Because of lack of space in the designated BOP facility, Mr. Arnette has not yet been transported. The Marshal's Office indicates he is expected to be transported to the BOP facility this week. Accordingly, the parties jointly ask that the currently set status conference of January 7, 2010 be continued to March 4, 2010 to allow for his evaluation.

DATED: January 5, 2010         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ RACHELLE BARBOUR
                               _____
                               RACHELLE BARBOUR
                               Research and Writing Attorney
                               Attorney for Defendant
                               DAVID LEE ARNETTE


                               BENJAMIN WAGNER
                               United States Attorney


                               /s/ Rachelle Barbour for
DATED: January 5, 2010         _____
                               RICHARD BENDER
                               Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated: January 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**