UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

DAVID LEE ARNETTE,

        Defendant.

_____/

NO.    Cr. S-08-0166 KJM
          Cr. S-10-0118 KJM

SEALING ORDER

In reviewing the contents of the documents filed on July 27, 2011, at docket numbers 71 through 74 in case number Cr. S-08-0166 KJM and docket numbers 20 through 23 in case number Cr. S-10-0118 KJM, the court has determined these documents contain or reference confidential medical information.  Accordingly,  IT IS HEREBY ORDERED that the aforementioned documents shall be sealed until further order of the court.

DATED:  August 8, 2011.

_____
UNITED STATES DISTRICT JUDGE