```
                              FILED
                              November 10, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER:  2:08-cr-00166 KJM |
| ) | 2:10-cr-00118 KJM |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE |
| DAVID LEE ARNETTE, ) | OF PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release David Lee Arnette ; Cases 2:08-cr-00166 and 2:10-cr-0118 from custody for the following reasons:

     X     Release Pursuant to 18 U.S.C. § 4243(f)

     _     Bail Posted in the Sum of _____

     _     Unsecured Appearance Bond in the amount of $

     _     Appearance Bond secured by Real Property

     _     Corporate Surety Bail Bond

     X     (Other) the defendant shall be released to probation officer, Glenn Simon, on Tuesday, November 15, 2011 at 9:00 a.m.; the defendant will continue on conditions of release imposed on 8/3/2011.

Issued at  Sacramento, CA  on  11/10/11  at  3:45 p.m.

By _____
Kimberly J. Mueller
United States District Judge