```
                                                    FILED
                                                 April 26, 2012
                                             CLERK, US DISTRICT COURT
                                             EASTERN DISTRICT OF
                                                  CALIFORNIA
                                                  DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:08-cr-00166 KJM |
| Plaintiff, | ) | 2:10-cr-00118 KJM |
| v. | ) | |
| | ) | ORDER FOR RELEASE |
| DAVID LEE ARNETTE, | ) | OF PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Lee Arnette</u> ; Cases <u>2:08-cr-00166 and 2:10-cr-0118</u> from custody for the following reasons:

    <u>X</u>   Release Pursuant to 18 U.S.C. § 4243(f)

    _   Bail Posted in the Sum of _____

    _   Unsecured Appearance Bond in the amount of $

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>the defendant shall be released to probation officer, Glenn Simon, on Monday, April 30, 2012 at 9:00 a.m.; the defendant will continue on conditions of release imposed on August 3, 2011 and modified on April 25, 2012.</u>

Issued at <u>Sacramento, CA</u> on <u>4/26/12</u> at <u>1:30 p.m.</u>

By     _____
          Kimberly J. Mueller
          United States District Judge