1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  DAVID LEE ARNETTE

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,     )
                                 )   Case Nos. CR.S. 08-166-KJM
12               Plaintiff,      )             CR.S. 10-118-KJM
                                 )
13          v.                   )   **RELEASE ORDER**
                                 )
14 DAVID LEE ARNETTE,            )
                                 )
15               Defendants.     )
                                 )   JUDGE: Hon. Kimberly J. Mueller
16 _____)

17

18      The court hereby ORDERS that DAVID LEE ARNETTE be

19 CONDITIONALLY RELEASED on Tuesday, September 18, 2012 to the custody of

20 the United States Probation Office.  Mr. Arnette is conditionally

21 released pursuant to 18 U.S.C. § 4243(f) upon the same release

22 conditions and regimen of psychiatric care previously ordered by this

23 court.

24      IT IS SO ORDERED.

25 DATED: September 14, 2012.

26

27                                  _____
                                    UNITED STATES DISTRICT JUDGE
28