BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>DAVID LEE ARNETTE,<br><br>             Defendants. | CASE NO. 2:08-CR-0166 KJM<br><br>ORDER COMPELING IN-CUSTODY DEFENDANT TO SUBMIT TO MEDICAL TESTS FOR TUBERCULOSIS OR, IF THE DEFENDANT REFUSES TO COMPLY, AUTHORIZING REASONABLE FORCE TO BE USED TO ADMINISTER THE MEDICAL TESTS FOR TUBERCULOSIS |

This matter came before the Court on the oral motion of the United States to compel the defendant to submit to a chest x-ray at the expense of the United States Marshals Service (USMS) to ensure that the defendant does not have active tuberculosis (TB), as well as to submit to any other appropriate medical tests that are determined to be required by an attending physician pursuant to the work-up for active TB.

The Court now finds that the motion should be GRANTED in order to protect the staff and inmates at the Sacramento County Jail, USMS staff and federal prisoners, and the public from exposure to TB, as well as to ensure that the health requirements of the defendant are properly met.

It is therefore ORDERED that defendant David Lee Arnette submit to a chest x-ray at the expense of the USMS, as well as to submit to any other appropriate medical tests that are determined to be required by an attending physician pursuant to the work-up for active TB.

Should the defendant fail to comply with this Order, the USMS and/or medical staff at the Sacramento Jail, as well as such Sacramento Jail personnel as are necessary to support the medical staff,

are authorized to use reasonable force to compel the defendant to submit to a chest x-ray and any other appropriate medical tests that are determined to be required by an attending physician pursuant to the work-up for active TB.

     So ORDERED this 22nd day of July, 2015.

KIMBERLY J. MUELLER
U.S. District Judge