HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos.  Cr. S. 08-166-KJM |
| | )                    Cr. S. 10-118-KJM |
| Plaintiff, | ) |
| | ) ORDER GRANTING CONDITIONAL |
| v. | ) RELEASE |
| | ) |
| DAVID LEE ARNETTE, | ) |
| | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |
| | ) |

      The Court has received and reviewed a Request for Conditional Release from the Warden at the U.S. Medical Center for Federal Prisoners in Rochester, Minnesota..  The request indicates that Mr. Arnette was examined by a Risk Assessment Review Panel at the Bureau of Prisons Facility.  That Review Panel has concluded that Mr. Arnette has recovered from his mental disease or defect to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment will no longer crease a substantial risk of bodily injury to another person or serious damage to property of another.  The Warden proposes a course of treatment detailed in the proposed conditions of release contained in the Warden's letter of July 8, 2020.  The Court and counsel for both parties agree with the assessment and recommendations contained in the Warden's letter and wish to implement the recommendation in this Order for Conditional Release.

//

Therefore, the Court hereby ORDERS under 18 U.S.C. § 4243(f)(2) that DAVID LEE ARNETTE be CONDITIONALLY DISCHARGED AND RELEASED from the Bureau of Prisons subject to the attached conditions of release.  Mr. Arnette has previously gone over these conditions with BOP staff and has agreed to comply with them.  The Probation Office has requested additional conditions that are incorporated herein.  The Court ORDERS that the Bureau of Prisons release Mr. Arnette on September 9, 2020, to enable him to continue treatment in Sacramento without interruption.

The Court ORDERS Mr. Arnette to comply with the prescribed regimen of medical, psychiatric, and psychological care or treatment contained in the attached conditions of release.

Dated: August 27, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

I, David Arnette, have read the above ORDER, including the attached Conditions of Release.  I acknowledge receiving the written conditions of release and agree to abide by those conditions of release.

Dated:                                                              _____
                                                                                    David Arnette

# CONDITIONS OF RELEASE

1. Mr. Arnette shall reside at Our Happy Homes located at [REDACTED FOR FILING], Sacramento, CA 95820. He shall remain at said residence at the direction of the U.S. Probation Officer. Any change from this residence shall be approved by the U.S. Probation Office in advance.

2. Mr. Arnette shall be supervised by U.S. Probation and follow all instructions given by the supervising Probation Officer.  Mr. Arnette shall allow the probation officer to visit him at any time at his home or elsewhere, and he shall permit the probation officer to take any items prohibited by the conditions of his supervision that he or she observes in plain view.

3. Mr. Arnette shall actively participate in, and cooperate with, a regimen of mental health care, drug and alcohol treatment, and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.

4. Mr. Arnette shall continue to take such medication, including injectable units, as shall be prescribed for him by the medical provider.

5. Mr. Arnette shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

6. Mr. Arnette shall refrain from the use of alcohol and illegal drug usage, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.

7. Mr. Arnette shall not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. Mr. Arnette shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  Mr. Arnette shall warn any other residents that the premises may be subject to searches pursuant to this condition.

8.  Mr. Arnette shall not commit any new crimes and shall report all contact with law enforcement to his probation officer within 24 hours.

9. Mr. Arnette shall not communicate or interact with someone he knows is engaged in criminal activity.  If Mr. Arnette knows that someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

10. Mr. Arnette shall not travel outside the Eastern District of California without prior approval from his supervising U.S. Probation Officer.

11. If the probation officer determines that Mr. Arnette poses a risk to another person (including an organization), the probation officer may require Mr. Arnette to notify the person about the risk and he must comply with that instruction.  The probation officer may contact the person and confirm that Mr. Arnette has notified the person about the risk.

4