UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID LEE ARNETTE,<br><br>        Defendant. | No. 2:08CR00166-KJM and 2:10CR00118-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAVID LEE ARNETTE;

Case No. 2:08CR00166-KJM and 2:10CR00118-KJM, from custody for the following reasons:

    ___Release on Personal Recognizance

    ___Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): Release plan approved by the court. The Defendant shall be released no later than 9:00 AM on Monday, 11/16/2020, to the custody of TCORE Representative Todd Sabourin, and with 30 days' worth of medication.

Issued at Sacramento, California on November 12, 2020, at 12:36 p.m.

_[signature]_

CHIEF UNITED STATES DISTRICT JUDGE