1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
3   Designated Counsel for Service
    OFFICE OF THE FEDERAL DEFENDER
4   801 I Street, 3rd Floor
    Sacramento, CA  95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    DAVID LEE ARNETTE
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   Case Nos.  Cr. S. 08-166-KJM
                                       )              Cr. S. 10-118-KJM
12              Plaintiff,             )
                                       )   STIPULATION AND ORDER MODIFYING
13      v.                             )   AND IMPOSING RELEASE CONDITIONS
                                       )
14  DAVID LEE ARNETTE,                 )
                                       )   Judge: Hon. Kimberly J. Mueller
15              Defendant.             )
                                       )
16  _____   )

17          The parties, Mr. Arnette, represented by Assistant Federal Defender Rachelle Barbour,

18  and the United States of America, represented by Assistant United States Attorney Cameron

19  Desmond, along with United States Probation Officer Erica Tatum, hereby stipulate to the

20  following and request that the Court issue the attached Order modifying Mr. Arnette's terms of

21  supervision:

22
       1.   Mr. Arnette has appeared in Court on a pending petition for violation of the
23
            conditions of his release.  The Probation Office requests that the pending petition
24
            (Doc. 218) be withdrawn without prejudice in light of the discussions in open court
25
            regarding Mr. Arnette's release on modified conditions.
26

27  //

28

    ARNETTE – Modification of Conditions                                          1

2. The Probation Office, along with the parties, proposes the following modifications to Mr. Arnette's previously-imposed conditions of release.  The new conditions of release are attached.

3. The modification to Special Condition #4 is intended to address the Court's specific directions to Mr. Arnette regarding medication management and compliance.  The modification adds the following sentence: "Further, Mr. Arnette shall allow a treatment or housing provider to store, oversee, and administer his medications."

4. New Special Condition #12 is intended to impose compliance with a payee to Mr. Arnette's release conditions.  It states, "Mr. Arnette shall agree to the use of a representative payee for his Social Security and other benefits."  This is the same language used previously in this case to impose a payee.

With those modifications, the parties and the Probation Office request that the Court impose the conditions of release set forth in the attachment.

Respectfully Submitted,

DATED:  November 17, 2020            HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Attorney for Defendant
                                    DAVID LEE ARNETTE

DATED:  November 17, 2020            McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Cameron Desmond
                                    CAMERON DESMOND
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

Approved by:

/s/ Erica Tatum

_____

ERICA TATUM
United States Probation Officer

ARNETTE – Modification of Conditions                                    2

1

2                                         ORDER

3          The pending petition is hereby withdrawn without prejudice.  The attached Conditions of

4  Release are ordered in this case.  Mr. Arnette shall comply with all the attached Conditions of

5  Release.

6  DATED:   November 17, 2020.

7                                    _____

8                                    CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONDITIONS OF RELEASE**

1. Mr. Arnette shall reside at Our Happy Homes located at [REDACTED FOR FILING], Sacramento, CA 95820. He shall remain at said residence at the direction of the U.S. Probation Officer. Any change from this residence shall be approved by the U.S. Probation Office in advance.

2. Mr. Arnette shall be supervised by U.S. Probation and follow all instructions given by the supervising Probation Officer.  Mr. Arnette shall allow the probation officer to visit him at any time at his home or elsewhere, and he shall permit the probation officer to take any items prohibited by the conditions of his supervision that he or she observes in plain view.

3. Mr. Arnette shall actively participate in, and cooperate with, a regimen of mental health care, drug and alcohol treatment, and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.

4. Mr. Arnette shall continue to take such medication, including injectable units, as shall be prescribed for him by the medical provider.  Further, Mr. Arnette shall allow a treatment or housing provider to store, oversee, and administer his medications.

5. Mr. Arnette shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

6. Mr. Arnette shall refrain from the use of alcohol and illegal drug usage, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.

7.  Mr. Arnette shall not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. Mr. Arnette shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  Mr. Arnette shall warn any other residents that the premises may be subject to searches pursuant to this condition.

8.   Mr. Arnette shall not commit any new crimes and shall report all contact with law enforcement to his probation officer within 24 hours.

9.  Mr. Arnette shall not communicate or interact with someone he knows is engaged in criminal activity.  If Mr. Arnette knows that someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

10. Mr. Arnette shall not travel outside the Eastern District of California without prior approval from his supervising U.S. Probation Officer.

11. If the probation officer determines that Mr. Arnette poses a risk to another person (including an organization), the probation officer may require Mr. Arnette to notify the person about the risk and he must comply with that instruction.  The probation officer may contact the person and confirm that Mr. Arnette has notified the person about the risk.

12. Mr. Arnette shall agree to the use of a representative payee for his Social Security and other benefits.

ARNETTE – Modification of Conditions                                                                    5