UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　　　　Defendant. | No.  2:08CR00166-KJM and<br>2:10CR00118-KJM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAVID LEE ARNETTE;

Case No. 2:08CR00166-KJM and  2:10CR00118-KJM from custody

for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　___　Unsecured Appearance Bond

　　　　　　___　Appearance Bond with 10% Deposit

　　　　　　___　Appearance Bond with Surety

　　　　　　___　Corporate Surety Bail Bond

　　_X_ (Other): <u>Defendant to be released on Wednesday, August 18, 2021 at</u>

<u>9:00 AM to a representative from TCORE.</u>


Issued at Sacramento, California on  <u>August 16, 2021       </u>, at _10:51 a.m._____ .


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE