|  | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 15, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　　Defendant. | Case No.  2:08-CR-0166-KJM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DAVID LEE ARNETTE</u> , Case No. <u>2:08-CR-00166-KJM</u>  Charge <u>18 § 3606</u> , from custody for the following reasons: for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

  X    (Other): <u>Defendant shall be released at 9:00 AM on 3/16/2022 to Glenn Abrio of El Hogar Sierra Elder Program to be transported to the Sierra Elder Wellness program.</u>

Issued at Sacramento, California on March 15, 2022 at    3:30 p.m.

　　　　　　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney