State of California
Health and Human Services Agency

Department of Health Care Services

## APPLICATION FOR UP TO 72-HOUR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT

*Confidential Client/Patient Information*

Welfare and Institutions Code (W&I Code), section 5150 (g)(1), requires that each person, at the time they are first taken into custody under this section, shall be provided, by the person who takes them into custody, the following information orally in a language or modality accessible to the person. If the person cannot understand an oral advisement, the information shall be provided in writing.

☒ Complete Advisement  ☐ Incomplete Advisement

Date of Advisement/Attempt: 1/23/ 2022

Good Cause for Incomplete Advisement:

### DETAINMENT ADVISEMENT

My name is **Off. Glazier**. I am a (peace officer/mental health professional) with (name of agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (name of facility).

You will be told your rights by the mental health staff.

**If taken into custody at their residence, the person shall also be told the following information:**

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.

| Advisement Completed/Attempted By: | Position: | Language or Modality Used: |
|---|---|---|
| GLAZIER | OFFICER | ENGLISH |

To (name of 5150 designated facility): **DESIGNATED PSYCHIATRIC FACILITY**

Application is hereby made for the assessment and evaluation of **DAVID ARNETTE**, date of birth of **1/19/68** and residing at **GENERAL DELIVERY**, California, for up to 72-hour assessment, evaluation, and crisis intervention, or placement for evaluation and treatment at a designated facility pursuant to Section 5150, et seq. (adult) or Section 5585 et seq. (minor), of the W&I Code.

If authorization for voluntary treatment is not available for a minor/conservatee, indicate to the best of your knowledge who has legal authority to make medical decisions on behalf of the minor/conservatee: (name and contact information, if available)

(Check one): ☐ Parent(s) ☐ Legal Guardian(s) ☐ Conservator ☐ Other:

Indicate to the best of your knowledge whether the minor is under the jurisdiction of the juvenile court:
(Check one): ☐ W&I Code 300 (dependent) ☐ W&I Code 601, 602 (ward)

The detained person's condition was called to my attention under the following circumstances:
**CALL FOR SERVICE REGARDING ARNETTE, HE ADVISED THAT HE DOESN'T KNOW WHERE HE LIVED AND BEEN WALKING SINCE SUNDOWN.**

Specific facts that I have considered that lead me to believe that this person is, as a result of a mental health disorder, a danger to others, a danger to self or or gravely disabled:
**OFLS TOOK ARNETTE TO HIS LAST ADDRESS, WHO ADVISED THAT HE DIDN'T LIVE THERE. ARNETTE TRIED TO ENTER THE HOUSE THINKING HE LIVED THERE.**

☐ I have considered the historical course of the person's mental disorder as follows:

Arnette, David

☒ No reasonable bearing on determination
☐ No information available because:

MRN:
1/   82 yrs
SEX: M
*MEDS_LAB3*

GRIFFITH, JENNIFER P
Emergency
CSN:   1/23/22

HAR: 600249454

State of Calif[ornia]  
Health and Human Services Agency

Department of Health Care Services

## APPLICATION FOR UP TO 72-HOUR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT (CONTINUED)

### OPTIONAL INFORMATION

| History Provided by (Name) | Address | Phone Number | Relation |
|---|---|---|---|

Arnette, David  
MRN: [redacted]  
1/[redacted] 62 yrs  
SEX: M  
*MEDS, LABS*  
GRIFFITH, JENNIFER P  
Emergency  
CSN: [redacted]  1/23/22  
HAR: 506249464

Based upon the above information, there is probable cause to believe that said person is, as a result of mental health disorder:

☐ Danger to Self (DTS)  
☐ Danger to others (DTO)  
☒ Gravely disabled (as defined in W&I Code section 5008 or 5585.25)

### NOTIFICATIONS TO BE PROVIDED PURSUANT TO SECTION 5152.1 AND/OR 8102 OF THE WELFARE AND INSTUTIONS CODE

Notify behavioral health director/designee: _____  
                                            (Name)                    (Phone)

and peace officer/designee: _____                          of
                            (Name)                    (Phone)

person's release or end of detention if either of the boxes below are checked.

### NOTIFICATION OF PERSON'S RELEASE IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:

☐ The person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint.

☐ Weapon was confiscated pursuant to Section 8102 W&I Code.

Signature, title and badge number of peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, designated members of a mobile crisis team, or professional person designated by the county.

| Name: GLAZIER, D. | Title/Badge Number: 785 | Date: 1/23/2022 | Phone: 916-808-5471 |
|---|---|---|---|
| Signature: X [signature] | | Time: 1209 | |

| Name of Law Enforcement Agency or Evaluation Facility/Person: SACRAMENTO PD | Address: 5303 FRANKLIN BLVD. |
|---|---|

### REFERENCES

**Welfare and Institutions Code**  
Sections: 300, 601, 602, 5008, 5150, 5150.05, 5152.1, 5328, 5585.25, 5585.50, 8102

Name of Individual Detained: DAVID ARNETTE     DOB: 1/19/1968

EXHIBIT A