| | | |
|---|---|---|
| **Child, Family and Adult Services**<br>Michelle Callejas, Director |  | **Divisions**<br>Child Protective Services<br>Senior and Adult Services<br>Department Administration |

# County of Sacramento

March 1, 2021

Heritage Oaks Hospital

4250 Auburn Blvd,

Sacramento, CA 95841

**RE: David Arnette**
**DOB: 01/19/1960**

Dear Dr. Lloyd Benjamin,

The Sacramento County Public Guardian/Conservator is in receipt of your request for LPS Conservatorship for David Arnette. I spoke to Krista Reed, Social Worker at Heritage Oaks Hospital, spoke to his Personal Service Coordinator and Program Director at Sierra Elder Wellness, spoke to Probation Officer, and reviewed the LPS referral and collateral information obtained to determine his need for conservatorship.

The referral for LPS Conservatorship is being denied at this time. There is no evidence beyond a reasonable doubt that Mr. Arnette has exhausted the alternatives to LPS Conservatorship.

In speaking with Glenn Abrio at Sierra Elder Wellness (916)532-0588, the recommendation by their team is for placement at a Board & Care. Mr. Arnette's previous residence were both at Room & Boards, per reports by Jessica Echeverria, Program Director at Sierra Elder Wellness. Since Board & Care placement has not been exhausted, this remains an alternative to LPS Conservatorship that should be tried.

Furthermore, in speaking with Erika Tatum (530) 224-7236 at the Probation Office, she confirmed that Mr. Arnette is on a Supervised Release and is linked to their agency. This oversight requires that Mr. Arnette follows through with mental health treatment, placement in the community, maintain medication compliance, and participation in drug abuse treatment, or Mr. Arnette may face consequences and be sanctioned by the criminal

court in which he would have to return to Federal Prison. In interviewing Mr. Arnette on 03/02/22, he declined placement assistance and declined participation in outpatient treatment with Sierra Elder Wellness, which is in violation of his Supervised Release.

Per Welfare and Institutions code §5354, alternatives to LPS conservatorships include: outpatient mental health services, representative payee program, benefits, income and community placement.

If you require any further assistance or having any questions, please contact me at (916) 875-2838.

Sincerely,

*Samira Moharam*
Samira Moharam
Deputy Public Guardian/Conservator

EXHIBIT B

**Child, Family and Adult Services**
Michelle Callejas, Director

**Divisions**
Child Protective Services
Senior and Adult Services
Department Administration



**Interim County Executive**
Ann Edwards

**County of Sacramento**

P.O Box 269057 • Sacramento, California 95826 • phone (916) 875-4406 • www.DCFAS.SacCounty.net

EXHIBIT B