COPY

1  MARIA E. STRATTON (No. 090986)
   Federal Public Defender
2  MARY E. KELLY (No. 112289)
   Deputy Federal Public Defender
3  Office of the Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone (213) 894-2922
5  Facsimile (213) 894-0081

6  Attorneys for Defendant
   David Lee Arnette
7
8
9
10
11                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
                             WESTERN DIVISION
12
13 UNITED STATES OF AMERICA,        )   NO. CR-01-143-RSWL
                                    )
14            Plaintiff,            )   [~~PROPOSED~~] ORDER
                                    )
15       v.                         )
                                    )
16 DAVID LEE ARNETTE,               )
                                    )
17            Defendant.            )
                                    )
18 _____)

19       After reviewing the materials submitted by Dr. Ralph Ihle at
20 the Metropolitan Detention Center in Los Angeles, California, the
21 Court hereby finds that David Lee Arnette, if released under
22 specified conditions, would not pose a substantial risk of bodily
23 injury to others or serious damage to the property of others.
24       Accordingly, pursuant to 18 U.S.C. § 4243(f), IT IS HEREBY
25 ORDERED that David Lee Arnette be forthwith released to United
26 States Probation Officer Curtis Samson on March 15, 2004, on the
27 following conditions:
28 //  CC: USPO
   //

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED



ENTER ON ICMS
MAR 16 2004

EXHIBIT C

1. Mr. Arnette shall reside at Gateways Community Corrections Center (CCC), 1801 Lakeshore Avenue, Los Angeles, CA 90026, until discharged by the Gateways program director, with the approval of the U.S. Probation Officer. Mr. Arnette will be released from the Metropolitan Detention Center on March 15, 2004, to the United States Probation Officer for transport to Gateways Community Corrections Center.

2. Upon discharge from Gateways Community Corrections Center, Mr. Arnette shall reside at a dual-diagnosis treatment program, board and care facility, or other residence, as approved by the United States Probation Officer.

3. Mr. Arnette shall maintain active participation in a regimen of outpatient mental health care as directed by the United States Probation Officer.

4. Mr. Arnette shall continue to take all psychotropic medications as prescribed by his treating psychiatrist.

5. Mr. Arnette shall abstain from the use of alcohol, illegal narcotic substances or drugs, and not frequent places where alcohol or illegal drugs are used or sold.

6. Mr. Arnette shall participate in outpatient substance abuse testing and treatment at the direction of the U.S. Probation Officer.

//
//
//
//
//

EXHIBIT C

7. Mr. Arnette will be supervised by the United States Probation Officer in the Central District of California to ensure his compliance with all conditions of release.

IT IS SO ORDERED.

DATED: March 15, 2004

RONALD S.W. LEW
———————————————
RONALD S. W. LEW
United States District Judge

Presented by:

/s/ Mary E. Kelly
———————————————
MARY E. KELLY
Deputy Federal Public Defender

3

EXHIBIT C

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the [PROPOESD] ORDER

On March 15, 2004, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

KEVIN LALLY
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1500
Los Angeles, California 90012

Curtis Samson, USPO
11827 Ventura Blvd., Suite 100
Studio City, CA 91604-2816

This proof of service is executed at Los Angeles, California, on March 15, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Lynn Evangelista*
LYNN EVANGELISTA

EXHIBIT C