UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE ARNETTE,<br><br>　　　　　　Defendant. | Nos.  2:08-CR-00166-KJM<br><br>　　　　2:10-CR-00118-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAVID LEE ARNETTE;

Case No. 2:08-CR-00166-KJM, and 2:10-CR-00118-KJM from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　__ Unsecured Appearance Bond

　　　　　　__ Appearance Bond with 10% Deposit

　　　　　　__ Appearance Bond with Surety

　　　　　　__ Corporate Surety Bail Bond

　_X_ (Other): The Defendant is discharged from federal supervision with all previously imposed conditions of release terminated.

Issued at Sacramento, California on 11/18/22, at 1:53 p.m.

_____
CHIEF UNITED STATES DISTRICT JUDGE